*[See signature blocks for counsel information]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 8:17-cv-00981-JVS-JCG |
| *Plaintiff*, | **JOINT STATUS REPORT** |
| v. | |
| SEOUL SEMICONDUCTOR CO., LTD., and SEOUL SEMICONDUCTOR, INC., | |
| *Defendants*. | |
| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 2:17-cv-04263-JVS-JCG |
| *Plaintiff*, | |
| v. | |
| CREE, INC., | |
| *Defendant*. | |
| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 2:17-cv-04273-JVS-JCG |
| *Plaintiff*, | |
| v. | |
| EVERLIGHT ELECTRONICS CO., LTD., and EVERLIGHT AMERICAS, INC., | |
| *Defendants*. | |
| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 2:17-cv-06050-JVS-JCG |

RUSS, AUGUST & KABAT

JOINT STATUS REPORT

1 | *Plaintiff*,
2 |
3 | v.
4 | LITE-ON, INC., and LITE-ON
5 | TECHNOLOGY CORPORATION,
6 | *Defendants*.

Pursuant to the Court's Order Granting Defendants' Motion to Stay Action Pending *Inter Partes* Review Proceedings (8:17-cv-00981; Doc. No. 86), Plaintiff Document Security Systems, Inc. ("DSS") and Defendants Seoul Semiconductor Co., Ld., Seoul Semiconductor, Inc., Cree, Inc., Everlight Electronics Co., Ld., Everlight Americas, Inc., Lite-On, Inc., and Lite-On Technology Corporation (collectively, "Defendants"), through their respective counsel, respectfully notify the Court of the current status of the *Inter Partes* Reviews filed by Defendants:

| IPR Case No. | Patent No. | Date Filed | Institution Decision | Current Status |
|---|---|---|---|---|
| IPR2018-00265 | 6,949,771 | 12/3/17 | Instituted 6/7/18 | Final Written Decision expected by 6/7/2019 |
| IPR2018-00333 | 7,256,486 | 12/21/17 | Instituted 6/21/18 | Final Written Decision expected by 6/22/2019 |
| IPR2018-00522 | 7,524,087 | 1/25/18 | Instituted on 7/27/18 | Oral Argument date: 4/4/19 |
| IPR2018-01205 | 7,256,486 | 6/6/2018 | Terminated by Order dated 9/27/2018 and joined with IPR2018-00333 | |
| IPR2018-01223 | 6,949,771 | 6/7/18 | Denied by Order dated 11/16/2018 | |
| IPR2018-01222 | 6,949,771 | 6/7/18 | Denied by Order dated 11/14/2018 | |

| IPR2018-01221 | 7,524,087 | 6/7/18 | Denied by Order dated 11/14/2018 | |
| IPR2018-01220 | 7,256,486 | 6/7/18 | Denied by Order dated 11/19/2018 | |
| IPR2018-01226 | 7,524,087 | 6/8/18 | Terminated by Order dated 9/27/2018 and joined with IPR2018-00522 | |
| IPR2018-01225 | 7,256,486 | 6/8/18 | Terminated by Order dated 9/27/2018 and joined with IPR2018-00333 | |
| IPR2018-01244 | 6,949,771 | 6/12/18 | Terminated by Order dated 9/27/2018 and joined with IPR2018-00265 | |
| IPR2018-01260 | 7,919,787 | 6/15/18 | Terminated by Order dated 11/14/2018 and joined with IPR2018-00965 | |
| IPR2018-00965 | 7,919,787 | 5/10/18 | Instituted 10/29/18 | Oral Argument date: July 30, 2019 |

| IPR2018-01165 | 7,524,087 | 5/25/18 | Instituted 12/11/18 | Oral Argument date: August 28, 2019 |
| --- | --- | --- | --- | --- |
| IPR2018-01167 | 6,949,771 | 5/29/18 | Institution Denied and Terminated: 11/30/18 | |
| IPR2018-01166 | 7,256,486 | 5/30/18 | Instituted 11/30/18 | Oral Argument date: August 28, 2019 |
| IPR2019-00506 | 7,256,486 | 12/28/18 | Institution Decision Pending | PO Preliminary Response date: April 17, 2019 |
| IPR2019-00398 | 6,949,771 | 12/10/18 | Institution Decision Pending | |
| IPR2019-00397 | 6,949,771 | 12/10/18 | Institution Decision Pending | |

| | | |
|---|---|---|
| DATED: March 26, 2019 | | RUSS AUGUST & KABAT |

By:     */s/* Brian D. Ledahl
Brian Ledahl (Bar No. 186579)
*bledahl@raklaw.com*
Neil A. Rubin (Bar No. 250761)
*nrubin@raklaw.com*
Jacob Buczko (Bar No. 269408)
*jbuczko@raklaw.com*
Paul A. Kroeger (Bar No. 229074)
*pkroeger@raklaw.com*
Minna Chan (Bar No. 305941)
*mchan@raklaw.com*
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

Attorneys for Plaintiff
*Document Security Systems, Inc.*

| | | |
|---|---|---|
| DATED: March 26, 2019 | | LATHAM & WATKINS LLP |

By:     */s/* Thomas W. Yeh

Thomas W. Yeh (Bar No. 287118)
*Thomas.yeh@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Bradley A. Hyde (Bar No. 301145)
*bradley.hyde@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328.4600
Facsimile: (650)463.2600

Charles H. Sanders (*pro hac vice*)
*charles.sanders@lw.com*
Christopher Henry
*christopher.henry@lw.com*
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

Lesley M. Hamming (*pro hac vice*)
*lesley.hamming@lw.com*
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

HOLLAND & KNIGHT LLP
Vito Costanzo (SBN 132754)
*Vito.Costanzo@hklaw.com*
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2409
Facsimile: (213) 896-2450

Michael B. Eisenberg (*pro hac vice*)
*michael.eisenberg@hklaw.com*
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200

Facsimile: (212) 385-9010

Attorneys for Defendants
*Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.*

| | | |
|---|---|---|
| DATED: March 26, 2019 | | JONES DAY |

By:     */s/* Steven J. Corr
Steven J. Corr (Bar No. 216243)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
*sjcorr@jonesday.com*

Blaney Harper (*pro hac vice*)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
*bharper@jonesday.com*

Attorneys for Defendant
*Cree, Inc*.

DATED: March 26, 2019                    CHEN MALIN LLP

By:     */s/* Li Chen

<div style="margin-left:2em;">

RUSS, AUGUST & KABAT

</div>

| | |
|---|---|
| | HANSON BRIDGETT LLP |
| | Garrett M. Mott (SBN 285128) |
| | *gmott@handsonbridgett.com* |
| | Raffi V. Zerounian (SBN 236388) |
| | *rzerounian@hansonbridgett.com* |
| | 555 S. Flower Street, Suite 650 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 395-7620 |
| | Facsimile: (213) 395-7615 |
| | |
| | Russell C. Peterson (SBN 264245) |
| | *russ.petersen@handsonbridgett.com* |
| | 425 Market Street, 26th Floor |
| | San Francisco, CA 941051 |
| | Telephone: (415) 777-3200 |
| | Facsimile: (415) 541-9366 |
| | |
| | CHEN MALIN LLP |
| | Li Chen (*pro hac vice*) |
| | *lchen@chenmalin.com* |
| | Kristopher B. Leftwich (*pro hac vice*) |
| | *kleftwhich@chenmalin.com* |
| | Steven C. Malin (*pro hac vice*) |
| | *smalin@chenmalin.com* |
| | 1700 Pacific Avenue, Suite 2400 |
| | Dallas, TX 75201 |
| | Telephone: (214) 627-9950 |
| | Facsimile: (214) 981-3400 |
| | |
| | Attorneys for Defendants |
| | *Everlight Electronics Co., Ltd., and Everlight Americas, Inc.* |
| DATED: March 26, 2019 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | |
| | By:   */s/* Brock S. Weber |

<div style="text-align:center;">

8
JOINT STATUS REPORT

</div>

| | |
|---|---|
| 1 | Christopher Kao (SBN 237716) |
| 2 | *Christopher.kao@pillsburylaw.com*<br>David J. Tsai (SBN 244479) |
| 3 | *David.tsai@pillsburylaw.com* |
| 4 | Brock S. Weber (SBN 261383)<br>*Brock.weber@pillsburylaw.com* |
| 5 | Four Embarcadero Center, 22nd Floor |
| 6 | San Francisco, CA 94111<br>Telephone: (415) 983-1000 |
| 7 | Facsimile: (415) 983-1200 |
| 8 | Attorneys for Defendant |
| 9 | *Lite-On, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2), the undersigned attests that signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 26, 2019     By: */s/ Brian Ledahl*
                              Brian Ledahl

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on the date of filing.

DATED: March 26, 2019     By: */s/ Brian D. Ledahl*
                              Brian D. Ledahl