RUSS, AUGUST & KABAT
Brian Ledahl (CA SB No. 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SB No. 250761)
nrubin@raklaw.com
Jacob Buczko (CA SB No. 269408)
jbuczko@raklaw.com
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

Attorneys for Plaintiff
*Document Security Systems, Inc.*

[Additional Counsel Listed in Signature Block]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC., <br><br> *Defendants*. | CASE NO. 8:17-CV-00981-JVS-DFM <br><br> Hon. James V. Selna <br> Mag. Judge: Douglas F. McCormick <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br> [(Proposed) Order filed concurrently herewith] |

**STIPULATION**

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Document Security Systems, Inc. ("Plaintiff") and Defendants Seoul Semiconductor, Co., Ltd. and Seoul Semiconductor, Inc (collectively, "Defendants,") and together with Plaintiff, the "Parties") by and through their respective counsel of record hereby jointly stipulate and agree to dismiss this case with prejudice. The Parties further stipulate and agree that this dismissal with prejudice shall apply only to the patents asserted in Plaintiff's Second Amended Complaint in this matter. The Parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

**SO STIPULATED:**

Dated: June 14, 2024

RUSS AUGUST & KABAT

By:     */s/ Brian Ledahl*
Brian Ledahl (CA SB No. 186579)
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474

Attorneys for Plaintiff
*Document Security Systems, Inc.*

Dated: June 14, 2024

LATHAM & WATKINS LLP

By:     */s/ Charles H. Sanders*
Charles H. Sanders (*pro hac vice*)
charles.sanders@lw.com
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000

Attorneys for Defendants
*Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.*

**Attestation Signatures Per Local Rule 5-4.3.4(A)(2)(I)**

I, Brian D. Ledahl, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: June 14, 2024         /s/ Brian Ledahl
                             Brian Ledahl