1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11 | DOCUMENT SECURITY SYSTEMS, INC., | CASE NO. 8:17-CV-00981-JVS-DFM
12 |                                  |
13 |         *Plaintiff*,             | **[PROPOSED] ORDER OF DISMISSAL**
14 |    v.                            |
15 | SEOUL SEMICONDUCTOR CO., LTD., AND SEOUL SEMICONDUCTOR, INC., |
16 |                                  |
17 |         Defendants.              |

**[PROPOSED] ORDER**

Upon consideration of the stipulation among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** as follows.

This case is hereby dismissed with prejudice. Such dismissal with prejudice shall apply only to the patents asserted in Plaintiff Document Security Systems, Inc.'s Second Amended Complaint in this matter.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____          _____
                                      Hon. James V. Selna
                                      United States District Judge